

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Leland House, Appellant

No. 06-19-00054-CV          v.

David Webb, Individually and as
Independent Executor of the Estate of
Dianne House, Deceased, and Duncan
Webb, Appellees

Appeal from the County Court at Law of
Nacogdoches County, Texas (Tr. Ct. No.
CV1713898).       Memorandum    Opinion
delivered by Chief Justice Morriss, Justice
Burgess and Justice Stevens participating.

       As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

       We further order that the appellant, Leland House, pay all costs of this appeal.

RENDERED NOVEMBER 19, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk